**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  25-15950 |
| Monnea L Jones | ) | Chapter 13 |
| | ) | Judge:  Deborah L. Thorne |
| Debtor | ) | |
| | ) | |

Monnea L Jones                                        LORRAINE M GREENBERG
20315 Port Washington Court                  77 W WACKER DR #4500
Frankfort, IL  60423                                   CHICAGO, IL  60601
**NOTICE OF MOTION**

Please take notice that on February 19, 2026 at 10:30 am, a representative of this office shall appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, either in Courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and present the Trustee's motion a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID.

**Meeting ID.**  The meeting ID for this hearing is **160 9362 1728.**  The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

Glenn Stearns, Chapter 13 Trustee                    /s/  Gerald Mylander
801 Warrenville Road, Suite 650                        FOR: Glenn Stearns, Chapter 13 Trustee
Lisle, IL  60532-4350
Ph:  (630) 981-3888
mylander_j@lisle13.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                                          )        Case No.  25-15950
Monnea L Jones                                      )        Chapter 13
                                                                   )        Judge:  Deborah L. Thorne
                            Debtor                      )
                                                                   )

**CERTIFICATE OF SERVICE**

I, Gerald Mylander,

[X]   an attorney, certify

                or

[ ]   a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown below at the address
shown and by the method indicated on February 11, 2026 at 5:00p.m. .


LORRAINE M GREENBERG                          via CM/ECF
77 W WACKER DR #4500
CHICAGO, IL  60601



Monnea L Jones                                          U.S. mail
20315 Port Washington Court
Frankfort, IL  60423



Glenn Stearns, Chapter 13 Trustee          /s/   Gerald Mylander
801 Warrenville Road, Suite 650             _____
Lisle, IL  60532-4350                               FOR: Glenn Stearns, Chapter 13 Trustee
Ph:  (630) 981-3888
mylander_j@lisle13.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  25-15950 |
| Monnea L Jones | ) | Chapter 13 |
| | ) | Judge:  Deborah L. Thorne |
| Debtor | ) | |

**MOTION TO DISMISS FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1.   The Debtor filed a petition under Chapter 13 on Thursday, October 16, 2025.
2.   The Debtor has failed to:
    a.   File amended schedule(s) A/B, I and J.
    b.   Provide financial statements to support the Debtor's self employment income.
    c.   Commence making timely plan payments.
3.   As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888
mylander_j@lisle13.com

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee